**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01259-CR

**CHRISTOPHER ALAN LUPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062211**

## ORDER

Before the Court is a letter filed by appellant on November 17, 2014. In the letter, appellant informs the Court he is filing a petition for discretionary review and he believes he is entitled to counsel to prepare the petition. Petitions for discretionary review are not filed with this Court and this Court does not appoint counsel for such filings. To the extent appellant believes he has filed a motion seeking to have counsel appointed by this Court, his motion is **DENIED**.

The letter also states appellant intends to file a motion for rehearing. To the extent appellant is requesting additional time to file a motion for rehearing, that motion is **GRANTED**. We extend the deadline for appellant to file a motion for rehearing by thirty (30) days.

If appellant seeks any additional relief in his letter, that relief is **DENIED**.

/s/     CRAIG STODDART
        JUSTICE